RECEIVED

MAY - 1 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 11-cr-00058-01 |
|---|---|
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| LISA T. BERNARD | MAGISTRATE JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Lisa Bernard, and adjudges her guilty of the offenses charged in **Count 1** of the indictment against her.

**THUS DONE AND SIGNED** in chambers, this 1st day of May, 2012, in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE